# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| BRITTNEY POWELL, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 5:23-CV-90-RWS-JBB |
| § | |
| COMMISSIONER OF SOCIAL § | |
| SECURITY, § | |
| § | |
| Defendant. § | |

## ORDER

The Court referred this case to United States Magistrate Judge J. Boone Baxter pursuant to 28 U.S.C. § 636. On August 15, 2025, the Magistrate Judge issued a Report and Recommendation containing his proposed findings of fact and recommendations for the disposition of this case. Docket No. 20. No objections to the Report and Recommendation were filed. Thus, any aggrieved party is barred from *de novo* review by the district court of the proposed findings and recommendations of the Magistrate Judge. After review, no grounds of plain error or manifest injustice exist. Accordingly, it is

**ORDERED** that the Report and Recommendation of the Magistrate Judge (Docket No. 20) is **ADOPTED** as the opinion of this Court. It is further

**ORDERED** that Plaintiff's above-entitled Social Security action is hereby **REVERSED AND REMANDED**. It is further

**ORDERED** that all motions not previously ruled on are **DENIED-AS-MOOT**, and the referral order is **VACATED**.

**So ORDERED and SIGNED this 5th day of September, 2025.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE